UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

KEITH ROGERS

vs.                          CIVIL ACTION NO. 05-1537 UNA

SUZANNE HASTINGS

## NOTICE OF APPEAL

This is a notice of appeal, appealing the judgement/order entered on July 28th, 2005 by the U.S. District Court, for the District of Columbia, to the United States District Court of Appeals, for the District of Columbia Circuit.

Respectfully submitted
X Keith Rogers
KEITH ROGERS
REG. NO. 04176-000

8/7/05
DATE

U.S. COURT OF APPEALS FOR
DISTRICT OF COLUMBIA CIRCUIT

AUG 11 2005

RECEIVED